# In the United States Court of Federal Claims

| | | |
|---|---|---|
| ADVANCED LOGIC RESOURCES, INCORPORATED, Plaintiff, v. THE UNITED STATES, Defendant, | ) | No. 06- C 06-531 C<br>Judge |

FILED
JUL 20 2006
U.S. COURT OF FEDERAL CLAIMS

PLAINTIFF'S DISCLOSURE STATEMENT

Pursuant to RCFC 7.1, Plaintiff, Advanced Logic Resources, Incorporated (Advanced Logic Resources), hereby discloses that it is a closely-held New York corporation whose stock is not publicly traded, that it has no parent corporation, and that there is no publicly-held corporation that owns ten percent or more of Plaintiff's stock.

Respectfully submitted,

Cyrus E. Phillips, IV

District of Columbia Bar Number 456500
July 20th, 2006

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

Telephone: (202) 466-7008
Facsimile: (202) 466-7009
Electronic Mail: lawyer@procurement-lawyer.com

Attorney of record for Plaintiff,
Advanced Logic Resources, Incorporated.