IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED LOGIC RESOURCES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.06-531 C |
| v. | ) | |
| | ) | (Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of DOMENIQUE KIRCHNER, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

DOMENIQUE KIRCHNER
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 307-0290
Fax: (202) 514-8624

Attention: Classification Unit
1100 L Street, NW, 8th Floor

Dated: July 31, 2006

/s/DOMENIQUE KIRCHNER

DOMENIQUE KIRCHNER
Attorney
Commercial Litigation Branch
Civil Division

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 32st day of July 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

s/Domenique Kirchner