IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ADVANCED LOGIC RESOURCES, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 06-531C (Judge Hodges) |

DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests, pursuant to Rule 6(a) of the Rules of the Court of Federal Claims ("RCFC"), that the Court grant an enlargement of time of 25 days from September 18, 2006 to October 13, 2006 for defendant to file its response to plaintiff's amended complaint. Defendant's counsel and plaintiff's counsel have discussed this matter, and defendant is authorized to state that plaintiff has no objection. Plaintiff's counsel also informed defendant's counsel that plaintiff intends to file a second amended complaint shortly. The granting of this motion would enable defendant to file only a response to plaintiff's second amended complaint rather than responses to both the first and second amended complaints. Defendant's counsel has informed plaintiff's counsel that defendant will not object to plaintiff's motion to file a second amended complaint as described by plaintiff's counsel.

The enlargement of time requested also is necessary because defendant's counsel among other matters was required to conduct depositions at the Federal Correctional Institution ("FCI")

Otisville, N.Y., on July 24-27, 2006, and at the United States Penitentiary in Atlanta, Georgia, on August 1-4, 2006, and to be in trial at FCI Otisville on August 14-18, 2006, all in Bishop v. United States, Fed. Cl. No. 03-446. Defendant's counsel was on previously scheduled leave on August 21-25, 2006. Defendant's counsel also was required to prepare and file: the Government's brief in L-3 Communications Integrated Systems v. United States, Fed. Cl. No. 06-396, on August 10, 2006; and the Government's brief in Davis v. Dep't of Homeland Security, Fed. Cir. No. 06-3061, on September 1, 2006. Defendant's counsel also presented oral argument in Bonner v. Dep't of Veterans Affairs, Fed. Cir. No. 05-3349, on September 7, 2006. Defendant's counsel is on previously scheduled leave from September 8-18, 2006. The requested enlargement of time also is necessary to enable defendant's counsel to have sufficient time to prepare a response to plaintiff's anticipated second amended complaint and for its review by attorneys at the agency and the Department of Justice.

Accordingly, defendant respectfully requests that the Court grant this unopposed motion for a 25-day enlargement of time, and allow defendant to file its response to plaintiff's complaint on or before October 13, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor, 1100 L. St., N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Attorneys for Defendant

September 7, 2006