# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **ADVANCED LOGIC RESOURCES, INCORPORATED,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 06-531C** |
| | ) | **Judge Robert H. Hodges, Jr.** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

PLAINTIFF'S MOTION
FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT

Pursuant to RCFC 15(a), Plaintiff Advanced Logic Resources, Incorporated (Advanced Logic Resources) herewith Moves for Leave to File a Second Amended Complaint.

In support of this Motion, Advanced Logic Resources shows to the Court:

(a) this Civil Action was commenced on Thursday, July 20th, 2006 when Advanced Logic Resources' Complaint was filed; and

(b) on Thursday, August 3rd, 2006 no responsive pleading having been served, Ad-

vanced Logic Resources filed its Amended Complaint as allowed by RCFC 15(a); and

(c) on Thursday, September 7th, 2006 the United States filed its Consent Motion for an Enlargement of Time, this through Friday, October 13th, 2006 in which to file its response.

Defendant's Counsel correctly represented: (1) that Plaintiff had, and has, no objection to the enlargement of time; and (2) that Plaintiff would shortly be filing a Second Amended Complaint. Defendant's Counsel told Plaintiff's Counsel that Defendant would not object to a Motion for Leave to File a Second Amended Complaint. Defendant's Counsel represented to the Court that granting Defendant's Consent Motion for an Enlargement of Time would enable Defendant to file only a response to Plaintiff's Second Amended Complaint, rather than responses to Plaintiff's Amended Complaint, and to Plaintiff's Second Amended Complaint. The Court granted Defendant's Consent Motion for an Enlargement of Time on the day that it was filed.

Together with this Motion for Leave to File Second Amended Complaint, Advanced Logic Resources is filing the proposed Second Amended Complaint, this as allowed by RCFC 7(b)(1).

Respectfully submitted,

/s/ Cyrus E. Phillips, IV

Cyrus E. Phillips, IV
District of Columbia Bar Number 456500
September 21st, 2006

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112
Telephone: (202) 466-7008
Facsimile: (202) 466-7009
Electronic Mail: *lawyer@procurement-lawyer.com*

Attorney of record for Plaintiff,
Advanced Logic Resources, Incorporated.

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on Thursday, September 21st, 2006 a true and complete copy of this Motion for Leave to File Second Amended Complaint was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

Domenique Kirchner, Esq.

Electronic Mail: Domenique.Kirchner@usdoj.gov

Attorney of record for Defendants,
United States Department of Defense.