# In the United States Court of Federal Claims

* * * * * * * *

| | | |
|---|---|---|
| ADVANCED LOGIC RESOURCES, INC. | * | |
| Plaintiff, | * | No. 06-0531C |
| v. | * | Filed: September 22, 2006 |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

* * * * * * * *

**ORDER**

Plaintiff's request for leave to file its Second Amended Complaint is GRANTED. Defendant does not oppose. The Answer is due October 13.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge