# D. ALR's CLAIM

## Quantum Determination

While the basis for claim is quite straightforward, in that the Government, through numerous documents and statements over time, clearly led the VANs to believe that future profits from suppliers mandated to use the services of the VANs would more than make up for their upfront development costs and very significant losses of revenue for all the services being provided to the Government at no charge in accord with the Government's demands under VLA-1, the basis for determining fair recompense to the damaged VANs due to the Government's breach is far more difficult to definitively establish.

To begin with, there are all the costs that VANs incurred in implementing the many requirements of FACNET during the period of VLA-1 for which no relief was provided by the Government. While some meager number of operating fees were collected from suppliers, this was only a very small offsetting fraction of the promised revenues that should have occurred had the Government lived up to its promises to position suppliers with no choice but to sign up with a VAN or lose all Government business as expected to be handled via FACNET. It clearly is not right that the VANs should pay the burden of such costs, caused by the Government breach, but recovery of development and operational costs alone, doesn't begin to cover the losses incurred by the VANs.

The Government mandated that there be no charges for all the VAN services it required during the period of VLA-1. As the only way that recompense for such services was ever to be received by the VANs was to be through future service payments from Government suppliers wishing to do electronic business, which were precluded almost in totality by the Government's breach, it might well be considered appropriate that the Government should also pay for the services it demanded, and then, through its breach, caused to become non-recoverable. Considering this point there are two very different ways of determining a fair dollar value for such services. One is to simply analyze all the services that the Government actually utilized during the period of VLA-1 and assign to them the standard average, fair market fees charged by VANs for such services commercially during the period.

But there is a major problem here in that this does not cover the *value* of what the Government contractually demanded. The Government required that they be provided with services capable of achieving clearly established thresholds of performance in terms of maximum throughput and minimum response, and that these services be available, with very minor relief for maintenance and other considerations, 24 hours a day, seven days a week for a period amounting to most of the period of VLA-1. Applying the average, fair market fees charged by VANs for such services in the commercial marketplace to the *value* of these required services is surely an arguable approach, particularly when it is considered that the nature of the Government's breach made it clear that the total utilization of the provided services was only two percent of what the expected levels should have been. However, the application of such a value-based approach can result in astronomical numbers that surely are beyond the bounds of

acceptability to the Government, just as merely recompensing the cost of the relatively negligible services actually utilized by the Government is patently unfair to the VANs.

In any event, all these arguments are based on the factor of costs. Previous Court decisions have made it clear that in such cases of Government breach that precluded the realization of promised profits, the contractor is entitled to recovery of those lost profits that would have been expected to be achieved. It is to this end that ALR hereby applies. However, here is where things really get complicated. Because, while clearly VLA-1 established one (or more than one with implied renewals) specific contractual period, there is no doubt that the profits expected by the VANs went far beyond the period of VLA-1 and that the Government, through numerous statements, contributed to the establishment of a situation that nurtured such expectations on both sides.

The fact that the FACNET projections indicated an expectation that there would be two million suppliers on-line by the year 2000, the many VAN/Government discussions regarding, and appearances of, Agencies beyond DoD, at FACNET meetings with recountings of their present EC/EDI utilizations and future needs within FACNET, all reiterated the Government's legislative mandate that FACNET be expanded across the entire Government in subsequent phases. Concurrently, the repeated mentioning of the possibility of the future use of international EDI standards beyond the scope of X12, such as the United Nation's EDIFACT that could potentially open up the extent of FACNET, not only to State and Local Governments domestically, but also to the entire world, all made this a very real vision to the VANs as to just what their expected marketplace, and profits, would likely be. It was such a unique opportunity that promised such tremendous potential, even when split amongst the many participating, competing VANS, that the VANs were induced to commit to the short-term, extremely high risk approach of undertaking the additional implementation demands, in terms of costs and resources, of a project of the vast new scope required by FACNET. Such an implementation, beyond the havoc that should have been foreseen to the business practices of the existing VANs, would also require new software and in many cases the eventual replacement of their current, aging networks. It is small wonder that many of the larger, but traditionally-mired VANs opted, to Government surprise, not to take such immediate risk.

The reality of this Government-produced vision was clearly so great that the VANs, on top of the massive risks of the associated implementation costs, also committed to provide all services to the Government for free. Without doubt the Government foresaw and expected this future marketplace with its obviously huge total profit level, as there could be no other imaginable reason for the Government to expect that it could get takers to a Contract that required so much from the VANs with nothing else being offered by the Government in return.

While it is true that the Government did endeavor on occasion to indicate that such tremendous future possibilities were not as yet specifically contractually committed within VLA-1, there nonetheless was a clear and pervading sense that it was such future markets that the VANs were expecting to reap, that such would be the ultimate outcome of VLA-1. This sense could not help but to be furthered by the mandates of FASA, to which the Government repeatedly referred in published and verbal forms, which led to the near universal expectation that, once FACNET reached a certain momentum, suddenly

catapulting the world-wide EDI-capable population by a factor of five or more in the first year or two of VLA-1, it would become the de facto world EC/EDI standard and the Government, even if it wanted to, wouldn't be able to keep the VAN/Supplier infrastructure from being extended to not only State/local/international governments, but out into the business world as well.

What with "FASA [having] mandated the development and implementation of a government wide FACNET architecture"[83] there can be no doubt that the Government truly relied on the power of such vision, at least to the extent of the total Federal Government being the VAN's marketplace, in order to induce the VANs to make the huge gamble of providing all their services to the Government free of charge, on top of all their development and operational costs and associated risks.

As implementation progressed, these development and operational costs mounted beyond initial expectations through the realization of the Government's many peculiar needs, which in some instances were not delineated at all by the Government in its initial Statement of Work that forced the VANs and VASs to address uses of EDI not previously experienced.

Just as there is a wide gulf between the approaches of cost of services utilized, and value of services contractually required, so too is there a tremendous gulf between the profits explicitly expected within the contract period and the implied profits unquestionably expected by both sides that extend well beyond the contract period but justify its very existence.

Therefore, what can be the exact right choice among these possibilities just delineated? There truly cannot be just one that absolutely meets both the legal and moral implications of this truly unique Contract. There must be some synthesis of the long range, implicit profit levels, that it is ludicrous to suggest the Government did not expect when its entire Contract was written upon such expectations, against the rigidity of the VLA-declared time frame and the direct and indirect costs experienced therein, to try to establish some mutual acceptance of quantum that, while surely not perfect in every respect, fashions some overall, reasonable balance of the applicable legality and ethic.

Was ever a Contract so crafted and resultant situation thereby created, as to be a candidate (and probable nemesis) for the American judicial system? Justice, that synthesis between the legal and the moral, is all but impossible to achieve here in this misbegotten case of mutually good intentions and ultimate misfortune.

## The "But For..." World

Had the Government managed to maintain its established implementation schedules, firmly shut down all conflicting modes of acquisition, resolved the various management and technical problems with the Government's internal FACNET architecture and systems, and thereby truly converted all its FACNET Phase I Agencies and vendors to

[83] GAO Obstacles, Appendix 20, page 2.

Electronic Commerce as mandated by FASA via the EDI initiatives of FACNET, the world that was envisioned by the Government and the VANs when embarking under VLA-1 would have been manifested. This means that the 300,000+ known vendors of DoD under the initial implementation plan of VLA-1[84] would have formed a business market that would have been divided between all the certified VANs based on their respective marketing and operational capabilities.

While some of these vendors could have been expected to procrastinate in their actual transition to FACNET, others would have realized that there were special opportunities and challenges during this unprecedented period of change and would have strived to register and become FACNET compliant, and competent with its processes, early in the program. That vendors did not register early in droves is testimony to the devastating effect that the Government's failure to maintain schedules and live up to its own demands and promises had on the morale and confidence of the vendor community regarding FACNET. Some schedule slippage would undoubtedly have occurred here and there in the transition of Government sites to FACNET and in other respects, but had confidence in the program not been shattered, the impetus of the Government demands that vendors comply (many vendors would have had to confront an "E.D.I. or D.I.E." situation) should have resulted in the vendor community maintaining the front-loaded migration required to meet operational needs and demanded in Government communications to the vendor community.

Such a front-loaded effect also would surely have been pushed by at least some of the VANs that understood that they were in a race to acquire market share and would therefore have pressured vendors to commit early. This would have taken the forms of offering various concessions (such as the free registration services and transmittals to/from CCR that ALR offered to any vendor, customer or not) along with exploiting valid vendor fears of lost business due to the many complexities of Government registration, VAN/vendor lead times for ramp-up, and significant vendor learning curves, particularly for those with little or no previous computerization.

Based on these factors and the Government's implementation plan and schedules, the signing of the total vendor bases as VAN customers under FACNET would have been expected to follow the example indicated in Figure 2:

[84] Disregarding the new vendors expected by the Government to join FACNET during Phase 1 due to acquisition simplification and expansion of competition, plus all other DoD vendors argued to exist beyond the 300,000 number, as well as all the vendors of Federal Agencies that were supposed to be implemented in FACNET starting from July 1995 (the Veteran's Administration had 180,000 suppliers, as one example).




**Figure 2 – Sign-up of the 300,000 FACNET Vendors per Month during VLA-1.**
**Note:** This **only** refers to the original sign-up of vendors identified in the initial phase Implementation Plan. VLA-1 ignored the projection of all the additional Agencies and application areas expected to occur in FACNET after that first two-year period. Such registrations and renewals would continue to increase the actual number of vendors and fees paid even though that is not reflected on this graph.

ALR, fully understanding the importance of proactively acquiring market share as early as possible, had truly committed to doing all in its power to accord it many competitive advantages that would ensure it secured a high percentage of the market. To this end ALR exploited its high-tech software solutions to the maximum, being able to certify, as soon as Government testing was available, for the right to process far more FACNET transaction types than any other non-GAP-Net VAN. As these certifications were published by the Government on DISA's Web pages[85] and referenced from DISA and its various Help Desk and other support groups, such clear-cut Government "recommendations" were the most valuable advertising ALR could have.

ALR, through its GAP-Net alliance, was prepared to exploit such Government "endorsement" by providing non-biased VAN selection training materials to Government sponsored vendor assistance offices, including ECRCs, PTACs, SBDCs, and BICs (see Figure 1 above), as well as EDI user groups and help desks, that these organizations could modify and redistribute as their own that would truly educate vendors new to FACNET and EDI of all they should know and ask when selecting a VAN, EDI software, and interface systems.[86] This included a free assessment spreadsheet, tailorable to the vendor's own requirements and preferences that would allow vendors to easily compare and rate the various VANs they contacted. Naturally, such tools could not help but clearly demonstrate the outstanding advantages of ALR as its offerings were a unique combination of state-of-the-art, high-tech software, hardware, and networking systems all

[85] See Appendix 04.
[86] An early sample produced by another GAP-Net Van, GAP Instrument, appears as Appendix 23.

built from the ground-up to be fully compliant with all of FACNET's specifications, with innovative bundling of many unlimited functions in a single, highly cost-effective price.

ALR had also established joint marketing strategies with the other certified FACNET VANs that were also utilizing the GAP-Net operational infrastructure. A primary aspect of these strategies was a division of the market place such that ALR would concentrate on a particular market segment, the higher end of customers with requirements for any extended needs beyond the base offerings of the other GAP-Net VANs, that would allow it a stronger competitive position versus other VANs trying to be all things to all comers. As the other GAP-Net VANs participating in these strategies would provide referrals to ALR for customers seeking advanced services outside their own market segments, there would be a synergetic effect brought by multiple VANs competing against other VANs operating on their own.

With all this in place, and by offering such a highly competitive, cost-effective offering, ALR was assured to establish a strong position in its higher echelon segment of the marketplace. With no other VANs able to provide all the advanced functionality and such huge bandwidth for the same low, bundled price, ALR would not be expected to have gained less than a 12 percent share of the total market. Applying that percentage to the projected sign-ups shown in Figure 2 above, while adjusting for ALR's aggressive approach which would have appealed more to those vendors who were proactive in their approach and registration than those who were ignorant or resistant to FACNET's opportunities, yields the ALR Vendor Sign-up Results shown in Figure 3:




Figure 3 – Sign-up of the 36,000 FACNET Vendors by ALR per Month during VLA-1.

**Note:** This **only** refers to the initial sign-up of the ALR share of the 300,000 vendors identified in the Phase 1 Implementation Plan. VLA-1 ignored the projection of all the additional agencies and application areas expected to occur in FACNET after that first two-year period. Depiction of revenues and profits would project an entirely different form as they would continue to escalate not only throughout future years due to annual renewals and the projected influx of other Government-wide customers ignored by VLA-1, but also through annual renewals of the 36,000 ALR customers within the initial two year time frame, but not added to the chart above.

While ALR expected there to be a more front-loaded sign-up rate, there would also be another impetus for ALR to acquire an increase of customers later in the program as vendors originally signing up with other VANs began to experience multiple concerns:

- Wasted Time – For VANs that weren't capable of performing highly effective matching to user's current and evolving RFQ needs, customers that weren't receiving too few RFQs (losing potential business) would likely find themselves receiving far too many and would have to bear the costs of lost man-hours doing manual searching through transactions that had no bearing on their business.

- Communication Delays – With most of the other VANs not having the high-bandwidth, fast-access communications built into GAP-Net, it was quite possible that vendors would experience various forms of delays in their communications that, at the very least, would cost the vendors in terms of lost man-hours.

- Limited Transactions – As other VANs would not be able to process transaction sets for which they were not certified, vendors would periodically discover that they couldn't do business with different segments of the Government's purchasing points.

- Missing Transactions – VANs employing limited or asynchronous communications, schemes, wherein there would be no, or delayed, notice of any communications errors could cost vendors in terms of delays and even lost winning bids.

- Higher Prices – Once customers began to experience the much-higher-than-expected bills of traditional VANs with all of their add-on charges, the unlimited services of ALR at a fixed cost would begin to look more and more attractive. From ALR's point of view, it certainly was appropriate that other VANs tended to charge by the month, thereby allowing their customers opportunity to switch VANs at most any time. ALR, on the other hand with its annual fee, would likely lock users in for a year, thereby giving them opportunity to experience and appreciate all the more the benefits of ALR's extended capabilities and unlimited usage.

- Except for those customers with very limited needs, once customers began to see the amount of man hours that it would take them to learn to be, and stay, fully EDI- and FACNET- compliant, they would begin to understand the true value of acquiring *xpEDIter*, ALR's powerful and user-friendly, total FACNET solution, client software.

These factors would very likely have provided ALR with a significant second-market – that of servicing customers which had realized that the "cheap" come-ons of other VANs had a far more expensive effect on their time and bottom lines than the very cost-effective services, systems, and policies of ALR. Communication delays would have spurred further interest in the ISDN and other high-speed internet access offerings offered by ALR. In addition, some customers would have come to realize that there were difficulties in integrating FACNET EDI transactions with their in-house computer systems and procedures. This could have brought more vendors to ALR seeking custom integration services, specialized training, and related advanced offerings.

## EDI Expert Statement

In choosing an EDI Expert to testify as to the likely outcome that ALR should have expected to achieve relative to the supplier marketplace of FACNET, ALR has chosen to go not with some cloistered academic, but with someone who was there on the front lines, in the trenches of EDI from the 80's, through the period of the FACNET VLA-1, and on to today. Someone who tells us what he saw and what he did, rather than what he has heard or surmised.

We believe that ALR, and the truth of the competitive situation amongst the FACNET VANs, will be far better served not by someone who looks at the long list of ALR's FACNET certifications (see Appendix 04) and wonders, "Hmm, that's strange, how did that happened?" but by someone who can truly say, "I can tell you exactly why and how that happened – and what it would mean in the FACNET supplier marketplace."

Mark Malatak has been involved in myriad implementations of EDI with several companies, serving in nearly all capacities from Account Representative (Salesman) to Implementation Specialist, Technical Advisor, and Consultant. Mr. Malatak served Fountainhead Communications for ten years, first as EDI Coordinator, then Director of Technology and Vice President of Network Operations. He has worked directly or indirectly with virtually every major VAN that signed the VLA-1. In doing so, he has skipped the fluff of the sales brochures and seen just what happens "where the rubber meets the road." He brings to these discussions not theories of marketing VAN and other EDI services, but many years of direct experience as an active telemarketer of such services, who has learned first-hand what suppliers want and think. He has created hundreds of EDI maps, implementation conventions, system specifications, and turnkey solutions. He has worked side-by-side with, and provided consulting and management services to, over 3,000 trading partners of widely varying size and capability.

In 1997, as a Technical EDI Consultant for Fountainhead Communications, he contracted with the GAP-Net group and worked hand-in-glove with their developers to create SCIVAN, one of the very first Internet-based commercial VAN solutions. He fully understands EC/EDI technologies from the ground up and has seen the good and bad of implementations; he knows what really works and sells, what really doesn't, and why.

Mr. Malatak, having directed the development, sales strategy, and implementation of a Value Added Network that has competed with the very same companies in this marketplace, is in an excellent position to objectively judge ALR's performance and potential.

Mr. Malatak's full report appears as Appendix 24.

## ALR's Remarkable Achievements

As Mr. Malatak points out, conventional wisdom expressed at the time of FACNET's genesis was that the Internet could not be made secure enough to allow it to transport

EDI. Clearly, the conventional wisdom of that time would also not suggest that an unknown startup VAN, sharing an underlying, brand-new, never-before-tried operational architecture with three other unknown VANs, could even begin to compete with the likes of such long entrenched, well respected behemoths as AT&T, IBM, and MCI, let alone out-strategize and out-perform them.

But the Government itself had, and still has, no choice but to confirm that **only ALR** (and the three other VANs using GAP-Net technologies) were fully compliant with FACNET's specifications and therefore fully empowered as verified by the Government's own declarations, to handle the full implementation of FACNET. As for the big-name VANs, they weren't even close in that they, and so many other FACNET VANs that had not actually dropped out of FACNET, were still struggling to solve and implement the very basics of FACNET's unique requirements as the end of the two-year Implementation Plan approached and passed.[87]

Despite initial expectations, FACNET itself proved to not be conventional. Although it conformed to X12 EDI standards, it was not all "standard EDI." It required unconventional solutions, to concerns such as:

- Transactions addressed to Public – The need for each of these transactions from the Government to be exploded and redirected to "all interested customers" based on internal content and individual customer requirements was out of the realm of normal EDI one-to-one processing. That the Government did such a poor job of encoding the product identifiers only added to the problem.

- Full validation by VANs – After finally being convinced by the evidence and arguments presented by GAP-Net to DISA, DISA specified that the EDI field GS08 contain the specific identifier of the FACNET IC to which each transaction set needed to be validated. VANs and VASs couldn't simply use the standard full X12 specifications – they needed to verify that transactions were in exact compliance with the specific FACNET subset of the standard,[88] and one look at the DoD EC/EDI Certification List[89] shows how very difficult this was for most VANs and VASs.

- The to-then current "have your people work with my people" model couldn't work – With 2000+ Government purchase points and 300,000+ barely computer-literate vendors (on average), not to mention all the Gateways, Hubs, VANs, and VASs in the middle, there was no way that this old approach wouldn't result in chaos

[87] See the DoD EC/EDI VAN/VAS Certification List, Appendix 04 to understand the dismal results posted by ALR's competitors.
[88] Ludicrously, DoD has **still** not fully deployed this requirement. In an unsigned memo to vendors attached to eMail (Appendix 37) received by GAP-Net support personnel this very afternoon (Jan. 14, 2006) from the WAWF support team – a very unprofessional appearing group – the point is made that "Until recently, the GEX translation was very lenient and accepted a shortened [GS08] value of "004010"." Their "recommendation" [?!] "is to populate the full GS08 value "004010F856_3" or "004010D857_3" if the vendor system can output the underscore" [Oy!] as "the shortened value of "004010" will fail translation at the GEX starting 16 Jan 2006" [incredulous comments added]. Note that one of the two identified ICs is a DoD IC while the other happens to be Federal.
[89] Appendix 04.

(which explains, in part, the need for the full, detailed validation of all EDI transactions by VANs to nip confusion in the bud).

- Significantly larger transaction sizes – Particularly for the purchasing cycle transactions, due to Government bureaucratic, security, and binary supplement demands, this resulted in the need for far more bandwidth and processing power.

- Obsolete, overpriced, billing model – While not an EDI issue per se, the pricing and billing methods of the past could not continue unchanged and remain in competitive range due to the huge increase of customers to be supported, the far larger transaction sizes, and the greatly increased bandwidth usage (and charges) necessary to handle same.[90]

ALR solved all of these problems with:

- Complete, table-driven EDI validation to FACNET IC specifications down through the most detailed levels, automatically performed in-line for both server and client side operations.

- Advanced, database directed searching according to near-real-time, user-configurable matching criteria.

- Proactive, fully automated management and control systems for error prevention, recognition, and resolution.

- Huge bandwidth capabilities and deployment of inexpensive, modular processing clusters allowing tremendous economies of scale.

- A new, fully bundled price-model allowing unlimited usage in multiple aspects made possible by innovative, state of the art technological solutions.

ALR can only be fairly evaluated by removing the obfuscation of "conventional wisdom" and investigating in detail the above and other unconventional requirements of FACNET, against the comprehensive, innovative, totally FACNET-compliant solutions ALR provided.

That ALR and its GAP-Net allies were able to accomplish all this is nothing short of a minor miracle. While it is true that well over a hundred people contributed and made sacrifices in so many different ways, directly or indirectly, it was a very small core of totally committed people literally living, even sleeping weeks on end, at the large but outwardly-decaying, inwardly-leaking,[91] GAP-Net site, that somehow put together a giant-killer solution that was so right for the time and situation. To understand some of these

[90] See the tremendous FACNET bill such a model would create due only to per kilo-Character charges in Appendix 07.
[91] Computing and networking equipment were kept on large, rolling racks that allowed them to be moved away from new leaks as they developed.

circumstances and contributions can only provide a small insight into how extraordinary the accomplishments were that were nonetheless achieved:

- GAP Instrument Corp., the first of the GAP-Net alliance to apply to be a VAN, was nearly denied entry "due to the fact that it was in bankruptcy" at the time. Only after a delayed consideration of the response that GAP "wasn't bankrupt, but was in court-ordered reorganization" and that the VAN opportunity was "essential to its new business initiatives" was GAP unenthusiastically allowed to complete application and participate.

- Most contributors received no effective remuneration at all for their efforts, at the time, or subsequently.[92] Those who did receive any cash payments at all for their services did so at the barest subsistence levels just to allow them to stay on. As the Government fell further and further behind, many otherwise dedicated people had no choice but to leave for "real" jobs in order to make ends meet, intermittently replaced somehow, sometime by a new cycle of recruits. A blown-up social statement of the time underscoring our situation was posted on the GAP-Net operations door.[93]

- With the exception of the small, around-the-clock core performing the major management, development, and operational tasks, virtually all the detail and supporting work through the four years was performed by a chorus of part-timers, student interns, family members, and active "real" job-seekers who made the GAP-Net communications center their base during their job search.

- As a precursor of what was to come with the Internet, ALR was forced to gain support from participants scattered around both the region and the country, working at home or at other job sites, but providing their input via eMail, FTP, and other electronic means.

- The GAP-Net communications building had to be donated by the landlord, on the understanding that it would be purchased and revamped once expected levels of operations were established.

- NYNEX installed the 12-pair of fiber optic cables (a $780,000 loss) in anticipation of the future business communication needs mandated by FASA and described in the Statement of Work in the VLA.

- A GAP-Net principal gave his old Corvette to the primary programmer writing *xpEDIter* to keep him in the game a few more months.

- Primary leaders dug into their own checkbooks, IRAs, extended family resources, and other outside interests to provide the week-to-week capital necessary to

[92] Some participants were added to company rolls simply to provide them and their families with health insurance. Stock certificates in the name of GAP Instrument Corp. (OTC: GAPN), not worth the pretty paper they were printed on, were used as recognition of the contributions made, and were hoped to become marketable, in time.

[93] See Appendix 39.

continue operating through the long delays brought on by the Government's failures to meet its schedules. If it hadn't been for funds siphoned off a dog kennel operation, GAP-Net may well have gone under during those days when the Government was demanding so much, but putting virtually nothing on the table in return (in terms of vendors ready and willing to sign-up).

But there were assets that these very small companies and their people had that allowed them to overcome the many obstacles encountered and to produce such superlative results, particularly compared to their big-name, long-established VAN competitors:

- First and foremost was the trust that the Government was going to do what it promised. Maybe trust, as in blind trust, isn't exactly the right word. But as each new potential participant came in we explained the whole complicated and far-reaching world of the Government's FACNET promise. We showed everyone the FASA, VLA, PAT Report, and other related documents, along with our spreadsheet projections which we revised in any way they suggested, and basically begged them to show us what was wrong with our conclusions. No one could, despite possibly alluding to some indefinable gut feeling to the contrary, because ultimately, we all believed in the FASA mandate, that the Government had no choice but to be subject to its own laws, and that there was therefore no doubt but that FACNET had to come into being, in essence as planned.

- But beyond that underlying conviction, there was another belief in the benefits of what we were doing. One of the GAP-Net principals went so far as to write a treatise looking at the long-term benefits of FACNET, ascribing to it not only the many projected benefits that the Government gave in its PAT Report and other documents, but expanding on this to the great economic effect such an underlying, automation engine would have on our whole economy relative to the rest of the world, as it not trickled-down, but rushed-down (considering the interest that was already being expressed) to State and Local Governments, and then out into the commercial world. All the myriad effects of having a nation-wide, standard business infrastructure, wherein millions of company and government computers could easily communicate business needs would be unimaginable. Just as NASA and the moon mission spun-off so many benefits to society, so too should America experience powerful economic advantages, similar to what has since been seen with the Internet. Sure maybe this all seems naïve in retrospect, but it should be remembered that this was the time of counterpoint to NAFTA and the sell-off of the once-great American business empire, and the idea of something that would provide the cost-effective efficiencies of automated business processes to literally millions and millions of companies and large and small Government entities throughout the United States, with all the exciting synergetic effects that could bring, was a very encouraging thought toward restoring some of America's declining competitiveness with the rest of the world. In any event, it read very well with the *Stars and Stripes Forever* as accompaniment. And it underscored our feelings that we really were building something worthwhile, of which we could be proud, on more than just a local scale.

- Scoff as one may at such feelings beyond those of personal gain, there nonetheless was a passion here that kept this operation going when it continually looked like circumstances should make it fail. This was an operation that really was not funded by money — we didn't have anywhere enough of that. We can't sit here and show you the millions spent to develop our architecture (like those big VANs can). This was an operation of brain power, human power, will power; *that's* where the real costs were. What we did have was the mad genius design of a think-huge, bundled approach. What else explains how we just happened to pick all the right new technologies and approaches, right at the time when their performance was skyrocketing and their costs were plummeting? We certainly couldn't have accomplished beyond a fraction of what we did had we come in all encumbered with existing baggage like the traditional VANs.

- Compared to the big machines of the well-known VANs, the tiny, unknown GAP-Net VANs, strange as it may seem, were at an advantage, not disadvantage. The old VANs were entrenched; their automated, pay-with-every-play profits gave them a satisfied, fat-cat mentality that served them well in their existing high-echelon commercial world. But FACNET was a huge new world, comprised of hundreds of thousands of small vendors who couldn't afford to play EDI by the old, expensive rules. They needed inexpensive but powerful across-the-board solutions, not just a cheap VAN sign-up fee that omitted the expensive costs of communications usage and becoming EDI and, in very many cases, computer literate. These solutions took nimble, fast-reacting companies that were able to relate to this new type of customer's needs, and that were ready to spring into action, to figuratively travel the extra miles to see that the job of building the touted Information Super Highway was done right. ALR, and its GAP-Net allies, brought high-energy thought and action to bear, creating innovative FACNET-specific solutions not only for the vendor community as a whole, but for the Government as well.

The point here is that, yes, this was a job for the moment, and a career for the future; it was a great chance for accomplishment as well as future wealth and prosperity for us as individuals. But there really was something that went beyond this that drove us to seek ideal solutions not only for our internal systems, but also for the Government's shared processes, and to fight for those ideals, often against considerable resistance from Government factions or other VANs, because we believed they were right. And we earned the right to gain the satisfaction of knowing that our efforts had made some small contribution to better our Government and hence, America.

It is the loss of that sense, almost as much as the loss of the future dreams, of job and affluence, of the missing three or four years of our lives, with no offset from the pain from all that, that still rankles, still drives us to seek not only recompense, but validation, both for all that we did accomplish, and all the more that we dreamt to do.

## Financial Data

The Financial Data in Figure 5 details ALR's lost revenues and associated costs. From these figures it is shown that ALR's lost profits, after considering both projected and actual revenues and costs, would have been over $138,000,000. This sum is clearly supported due to the demonstrated superiority of the ALR FACNET solutions, in terms of scope and specificity to FACNET requirements, state-of-the-art technological systems, unlimited bandwidth, and highly cost-effective pricing, wherein the more one used the ALR solutions, the less costly they became – just the opposite of most other VANs.

In determining just when the 300,000+ vendors would sign-up with the VANs, and therefore when it would be likely that ALR would achieve the sign-up and renewal revenues supporting the following projections, it is necessary to understand what the VLA and its referenced Implementation Plan indicate about this question. Unfortunately, the short answer is not much, the PAT Report clearly not having put much analysis into matters beyond their original charter covering the DoD domain. However the VLA does mandate that:

> *all contractors must register using a simple electronic registration transaction sent to DoD via a participating EDI VAN Provider*[94]

which is to say, any one of the VANs licensed under the VLA and certified by DISA. The VLA further mandates that the registration:

> *transaction set will be the ASC X12 838 transaction set following the DoD implementation conventions.*[95]

According to the VLA referenced Implementation Plan, contained within the PAT Report, the 838 Trading Partner Profile transaction set was to be developed during what the "PHASING PLAN" referred to as "PHASE II - one year"[96] meaning that the use of this set, which was prerequisite to vendor participation, and hence the likely contracting with any VAN under this program, was not scheduled to occur until after as much as one-year of the two-year implementation period had been completed. This coincides with the scheduling in "TABLE 4-4 RISK CONTROL" of "Central Contractor Registration" which is associated under "Schedule" with the "12 MTH."[97] ALR therefore has assumed in its projections that follow that its share of the vendor community would have signed-up to participate over the two-year distribution shown in Figure 3 above starting in early 1995. Note that without this nearly one-year delay from the start of the VLA implementation plan, plus the stretching of the sign-up period well beyond the end of the two-year implementation period, the total sign-up, renewal, and usage revenues expected by ALR (and any other VANs) would be considerably higher than herein projected.

Please see the accompanying independent accountant's report in Appendix 32.

---

[94] VLA, Appendix 02, page A-15
[95] Ibid, page A-21.
[96] PAT Report, Appendix 01, page 140
[97] Ibid, Volume 2, page 16.

**ADVANCED LOGIC RESOURCES INC.**
**PROJECTED STATEMENT OF INCOME AND EXPENSES**
**VLA1 CONTRACT PERIOD 2/3/95 THROUGH 9/17/1997**

(All Values in Thousands of Dollars)

| | Feb 3, 1995 - Dec 31,1995 | 1996 | Jan 1, 1997 - Sep 17,1997 | TOTAL |
|---|---|---|---|---|
| Sales | | | | |
| VAN Start Up | $46,771 | $67,634 | $3,612 | |
| VAN Renewal | | $46,771 | $81,228 | |
| Non-VAN Sales | $1,403 | $5,720 | $5,939 | |
| Total Sales | $48,174 | $120,125 | $90,778 | |
| Cost of Sales | | | | |
| Telephone & Network | $234 | $783 | $737 | |
| VAN Support Salaries | $2,766 | $4,997 | $3,269 | |
| Total Cost of Sales | $3,000 | $5,779 | $4,007 | |
| Gross Profit | $45,175 | $114,346 | $86,771 | |
| Sales Expenses | | | | |
| Marketing | $8,770 | $14,143 | $5,800 | |
| Total Selling Expenses | $8,770 | $14,143 | $5,800 | |
| General & Administrative. Expense | | | | |
| Payroll Expenses | $1,070 | $1,436 | $931 | |
| Occupancy | $426 | $780 | $629 | |
| Utilities | $141 | $742 | $732 | |
| Telephone | $73 | $95 | $58 | |
| Office Supplies & Postage | $167 | $235 | $137 | |
| Professional fees | $241 | $298 | $153 | |
| Seminars & Conferences | $79 | $111 | $12 | |
| Miscellaneous | $83 | $177 | $203 | |
| Insurance | $127 | $269 | $320 | |
| Depreciation | $132 | $184 | $30 | |
| Maintenance | $116 | $363 | $434 | |
| Total G & A | $2,655 | $4,690 | $3,638 | |
| Total Operating Expense | $11,425 | $18,833 | $9,438 | |
| Net Income Before Taxes | $33,750 | $95,513 | $77,333 | |
| Taxes | $11,137 | $31,519 | $25,520 | |
| **Net Income After Taxes** | **$22,612** | **$63,994** | **$51,813** | **$138,420** |

**Figure 4** – Projected Statement of Income and Expenses for ALR, 3 Feb 1995 through 17 Sep 1997