# ATTACHMENT

ARMED SERVICES BOARD OF CONTRACT APPEALS
SKYLINE 6
5109 LEESBURG PIKE
FALLS CHURCH VA 22041-3208

Telephone: (703) 681-8502

30 September 2005

Cyrus E. Phillips IV, Esq.
Attorney at Law
1828 L Street, N.W.
Suite 660
Washington, DC 20036-5104

Jo Ann W. Melesky, Esq.
Trial Attorney
Office of Legal Counsel
DISA-DITCO/D01DT
2300 East Drive, Bldg. 3600
Scott AFB, IL 62225-5406

Re: ASBCA No. 52466, Appeal of Eloco Inc.
ASBCA Nos. 52467, 52790, Appeals of Advanced Logic Resources, Inc.
ASBCA No. 52592, Appeal of Advanced Communications Systems
ASBCA No. 55041, Appeal of GAP Instrument Group
Under Contract No. DCA200-94-H-0015

Dear Counsel:

On 28 September 2005 a telephone conference was held between Cyrus E. Phillips, IV, Esq., for appellants; Jo Ann W. Melesky, Esq., Stephanie A. Kreis, Esq., and Bonnie Foster, for respondent; and the undersigned. The purpose of the conference was to discuss proceedings.

I explained that I saw the Board's role as that of the provider of expeditious and inexpensive dispute resolution. Given that role, I felt that the appeal of the Board's decision in *CACI International, Inc.,* ASBCA Nos. 53058, 54110, had to be given major consideration in deciding how best to proceed in these appeals, as I deemed it consistent with the Board's role to keep the cost of preparation to a minimum until the Court renders a decision. A full discussion ensued, with the outcome being the Board's direction set forth below, to which neither party objected.

In all the above captioned appeals save GAP Instrument Corp., appellant shall complete preparation of its revised claims and expert reports no later than 15 March 2006 and, by that date, provide the revised claims and expert reports to the government for

Printed on Recycled Paper

Re: ASBCA No. 52466, Appeal of Eloco Inc.
ASBCA Nos. 52467, 52790, Appeals of Advanced Logic Resources, Inc.
ASBCA No. 52592, Appeal of Advanced Communications Systems
ASBCA No. 55041, Appeal of GAP Instrument Group

audit. The government shall then proceed expeditiously with the audits. In GAP, where estate issues have proven to be an obstacle, Mr. Phillips will inform Ms. Melesky as soon as the problems have been worked out with the estate of Mr. Edwardson. The parties shall then attempt to agree to a schedule for submission of a revised claim and expert report suitable for audit. If they cannot agree, they shall schedule a telephone conference with the undersigned.

By Order of the Board:

CARROLL C. DICUS, JR.
Administrative Judge