# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **ADVANCED LOGIC RESOURCES, INCORPORATED,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 06-531C** |
| | ) | **Judge Robert H. Hodges, Jr.** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

PLAINTIFF'S MOTION FOR
LEAVE TO FILE REJOINDER
TO REPLY TO OBJECTIONS
TO MOTION TO DISMISS

Plaintiff Advanced Logic Resources, Incorporated (Advanced Logic Resources) herewith Moves for Leave to File a Rejoinder to the Reply to the Objections to the Motion to Dismiss.

Together with this Motion for Leave to Rejoinder to the Reply to the Objections to the Motion to Dismiss, Advanced Logic Resources is filing the proposed Rejoinder, this as allowed by RCFC 7(b)(1).

Respectfully submitted,

/s/ Cyrus E. Phillips, IV

Cyrus E. Phillips, IV
District of Columbia Bar Number 456500
September 29th, 2006

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112
Telephone: (202) 466-7008
Facsimile: (202) 466-7009
Electronic Mail: *lawyer@procurement-lawyer.com*

Attorney of record for Plaintiff,
Advanced Logic Resources, Incorporated.

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on Friday, September 29th, 2006 a true and complete copy of this Motion for Leave to File Rejoinder was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

Domenique Grace Kirchner, Esq.

Electronic Mail: Domenique.Kirchner@usdoj.gov

Attorney of record for Defendants,
United States Department of Defense.