# In the United States Court of Federal Claims

| | | |
|---|---|---|
| ADVANCED LOGIC RESOURCES, INCORPORATED, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-531C |
| | ) | Judge Robert H. Hodges, Jr. |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

PLAINTIFF'S REPLY TO
DEFENDANT'S RESPONSE TO
PLAINTIFF'S OBJECTIONS TO
DEFENDANT'S MOTION TO DISMISS

Plaintiff Advanced Logic Resources, Incorporated (Advanced Logic Resources) files this Reply to Defendant's Response to Plaintiff's Objections to Defendant's Motion to Dismiss.

The Claim that Advanced Logic Resources placed before a Defense Information Technology Contracting Organization Contracting Officer on February 3rd, 2006 and is now before the Court, 41 U.S.C. §§ 609(a)(1), 609(a)(3), cannot be dismissed *and then* transferred under 41 U.S.C. § 609(d). *David J. Tierney, Jr., Inc. v. United States*,

652 F.2d 69 (Ct. Cl. 1981). As is clear from Advanced Logic Resources' response of October 4th, 2006 withdrawing from the Armed Services Board of Contract Appeals its motion to dismiss ASBCA Number 52467, an Appeal which concerns a Claim for the "value of services" provided by Advanced Logic Resources, Advanced Logic Resources has done so upon the expectation that this Civil Action will be transferred under 41 U.S.C. § 609(d). Defendant's Response, October 6th, 2006, at App. 108.

Accordingly, Advanced Logic Resources moves that the Court now deny Defendant's Motion to Dismiss and instead order this Civil Action transferred to the Armed Services Board of Contract Appeals under 41 U.S.C. § 609(d).

Respectfully submitted,

/s/ Cyrus E. Phillips, IV

Cyrus E. Phillips, IV
District of Columbia Bar Number 456500
October 9th, 2006

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112
Telephone: (202) 466-7008
Facsimile: (202) 466-7009
Electronic Mail: lawyer@procurement-lawyer.com

Attorney of record for Plaintiff,
Advanced Logic Resources, Incorporated.

CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on Monday, October 9th, 2006 a true and complete copy of this Reply to Defendant's Response to Plaintiff's Objections to Defendant's Motion to Dismiss was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

Domenique Grace Kirchner, Esq.

Electronic Mail: Domenique.Kirchner@usdoj.gov

Attorney of record for Defendants,
United States Department of Defense.