United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

May 22, 2007

Catherine A. Stanton, Recorder
Armed Services Board of Contract
Appeals
Skyline Six Place, 7th Floor
5109 Leesburg Pike
Falls Church, VA 22041-3208

*Re:* *Advanced Logic Resources, Inc. v. The United States,*
*No. 06-531 C*

Dear Ms. Stanton:

Pursuant to the Order of this court filed on October 11, 2006, the above captioned case has been transferred to the Armed Services Board of Contract Appeals.Enclosed, please find certified copies of the transfer order, docket sheet, and documents that comprise the balance of the record.

Please acknowledge receipt of these records by dating and returning the enclosed copy of this letter.

Sincerely,

Debra L. Samler
Senior Case Manager

Enclosures

cc: Judge Robert H. Hodges, Jr.
Cyrus E. Phillips, IV, Esquire
Domenique G. Kirchner, Esquire